AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

# 08 C 993

### SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, et al.

CASE NUMBER:

V.

ASSIGNED JUDGE:

SARA SELTMAN, individually and d/b/a
CUTTING EDGE EXCAVATION

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE DENLOW**

RECEIVED
2-26-08

DATE SERVED
TIME SERVED  2:50 Pm
NAME  C Hink  908

FEB 21 2008

picked up

SERVED
RC        LC      POST/MC      NF/NS

ELKHART COUNTY SHERIFF

TO: (Name and address of Defendant)

Ms. Sara Seltman
Cutting Edge Excavation
21825 County Road 38
Goshen, IN  46526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

Esperanza Arnold

**February 19, 2008**

**(By) DEPUTY CLERK**

**Date**

# AFFIDAVIT OF SERVICE

STATE OF INDIANA     )
                                S.S.
COUNTY OF ELKHART    )

I, _Cathy Hinkley_____, being duly sworn, in the State of Indiana

that I am an employee of the Elkhart County Sheriff's Department, in Elkhart County,

Indiana. On the _26_ day of _February_, 20_08_, at _Elkhart City_

_Sheriff Dept_, Elkhart County, Indiana, I personally delivered a copy to the

_defendant_ in cause _O 8 C 993_ in _Dugan_

_____ vs _Seltman_____,

to _Sara Seltman_____, the defendant named by handing to and leaving

with _Sara Seltman_____, he/she being _Served_

and accepting service.

_Cathy Hinkley    C708_
Employee of the Elkhart County Sheriff's Department

Subscribed and sworn to ( or affirmed ) before me this _26_ day of _February_

20_08_, by _Portia K. Ham_____.

_Portia K. Ham_____
Notary Public



PORTIA K. HAM
Elkhart County
My Commission Expires
April 25, 2014