IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0993 |
| | ) | |
| SARA SELTMAN, individually and d/b/a | ) | JUDGE VIRGINIA KENDALL |
| CUTTING EDGE EXCAVATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:   Ms. Sara Seltman
      Cutting Edge Excavation
      21825 County Road 38
      PO Box 28
      Goshen, IN   46526

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with

Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to

the rights of Plaintiffs.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\MOEJ\Cutting Edge\notice of dismissal.cms.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of March 2008:

        Ms. Sara Seltman
        Cutting Edge Excavation
        21825 County Road 38
        PO Box 28
        Goshen, IN   46526


        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Cutting Edge\notice of dismissal.cms.df.wpd