UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

William E Dugan, et al.
                    Plaintiff,
v.                                              Case No.: 1:08−cv−00993
                                                Honorable Virginia M. Kendall
Sara Seltman
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

    MINUTE entry before Judge Virginia M. Kendall : The Court approves and enters the Notice of Voluntary Dismissal [10]. Pursuant to Rule 41(a)(1)(I), this action is dismissed without prejudice. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.